PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Ethen White             **Docket Number:** 07-00941-001
                                                                            **PACTS Number:** 42243

**Name of Sentencing Judicial Officer:** HONORABLE Susan D. Wigenton

**Date of Original Sentence:** 01/13/2009

**Original Offense:** UTTERS COUNTERFEIT OBLIGATIONS

**Original Sentence:** 25 months imprisonment; 3 years supervised release. HC/EM for 6 months; drug treatment; mental health treatment; no new credit; financial disclosure.

**Type of Supervision:** supervised release             **Date Supervision Commenced:** 02/25/09

**Assistant U.S. Attorney:** Harvey Bartle, IV, 402 East State Street, Room 502, Trenton, New Jersey 08608, (609) 989-2190

**Defense Attorney:** Peter Carter, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                   The offender has violated the supervision condition which states **'You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.'**

                   The offender engaged in criminal association, in that on July 17, 2009, his probation officer witnessed him exercising at his home with Rowland Smith, with whom the offender had knowledge of having a criminal record. Smith has been convicted of numerous felonies in the State of New Jersey, including a conviction on April 9, 1998 for Aggravated Assault with a Weapon, Indictment Number 97-1204871.

2                   The offender has violated the supervision condition which states **'You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any**

**paraphernalia related to such substances, except as prescribed by a physician.'**

The offender has used alcohol to the excess. Specifically, on October 19, 2009, the offender was arrested by the Newark Police Department for Criminal Mischief (Domestic Violence). According to the police, the offender had been intoxicated at the time of his arrest. The offender informed his probation officer that on the day of his arrest, he imbibed in two beers and a half-pint of brandy.

I declare under penalty of perjury that the foregoing is true and correct.

By: Susan E. Karlak
Senior U.S. Probation Officer
Date: 11/10/09

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: 11/24/09 @ 11:00
[ ] No Action
[ ] Other

Signature of Judicial Officer
11/10/09
Date